IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 04-D-1377 (PAC)

CHARLES KOEHLER,

    Plaintiff(s),

v.

DONETTA DAVIDSON, in her official capacity as Colorado Secretary of State,

    Defendant(s).

**MINUTE ORDER**

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Plaintiff's Motion to Reopen Case, filed July 6, 2005, is **GRANTED** and this case is reopened.

Dated:  July 28, 2005

                                       s/ Tisa M. Duckworth
                                       Judicial Assistant